Motion GRANTED.

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. 3:03-00027-04 |
| | ) | |
| MICHAEL GROOMS | ) | JUDGE TRAUGER |

## MOTION TO TRAVEL

Comes now the Defendant and moves this Court for an Order allowing the Defendant to travel outside the Middle District of Tennessee between March 9th - 18th, 2013. As basis for this motion, Defendant would submit that the Defendant's girlfriend has purchased and paid for a Bahamas Cruise vacation. The Defendant would show the Court that he has served two out of the three years of ordered supervised release and is in compliance with all the conditions of his release.

Respectfully submitted,

/s/ John E. Rodgers, Jr.
JOHN E. RODGERS, JR., #6041
Attorney for Defendant
500 Harpeth Trace Drive
Nashville, TN 37221
(615) 353-9834

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing document was delivered by electronic court filing or first class mail on this the 10th day of January, 2013, to Brent Hannafan, Assistant U.S. Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203.

/s  John E. Rodgers, Jr.
John E. Rodgers, Jr.